IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50162
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CURTIS MODKINS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. CR-W-91-86-1
- - - - - - - - - -
August 24, 1995

Before KING, JOLLY, and WIENER, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Curtis Modkins has filed a brief as required by Anders v. California, 386 U.S. 738, 744, (1967), and we have independently reviewed counsel's brief and the record, and found no nonfrivolous issue.  Accordingly, counsel is excused from further responsibilities herein and the APPEAL IS DISMISSED.

_____

     [*]     Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.